# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **MARIE MCGONEGLE**, individually and on behalf of those similarly situated. | : : : | **CASE NO: 1:23-cv-00199** |
| Plaintiffs, | : : | **JUDGE COLE** |
| v. | : : | |
| **UNION INSTITUTE AND UNIVERSITY**, *et al.*, | : : : | **PLAINTIFF'S NOTICE OF FILING** |
| Defendants. | : | |

Notice is hereby given that Plaintiff is filing a *Consent to Join Collective Actions* form signed by Ray Bolin.

/s/ Matthew S. Okiishi
Matthew S. Okiishi (0096706)
Finney Law Firm, LLC
4270 Ivy Pointe Blvd., Suite 225
Cincinnati, Ohio 45245
(513) 943-6650
(513) 943-6669-fax
matt@finneylawfirm.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing has been electronically filed on the 25th day of April 2023, and electronically served upon all counsel of record on the same date through the CM/ECF of the USDC for the Southern District of Ohio.

/s/ Matthew S. Okiishi
Matthew S. Okiishi (0096706)