**CONSENT TO JOIN COLLECTIVE ACTIONS**
**Fair Labor Standards Act of 1938**
**29 U.S.C. § 216(b)**

I am/was employed at Union Institute and University as an employee.

Pursuant to Section 16(b) of the Fair Labor Standards Act, I hereby consent to be a party plaintiff in the collective actions brought in United States District Court for the Southern District of Ohio entitled *Marie McGonegle v. Union Institute and University* to recover unpaid wages, overtime wages and other sums owing to me and to other, similarly-situated employees under the Fair Labor Standards Act [29 U.S.C. §§ 201-219], and other applicable federal and state laws. I hereby authorize FINNEY LAW FIRM to pursue any claims I may have, including such litigation as may be necessary, and I hereby consent, agree, and option to become a plaintiff herein and to be bound by any settlement of this action or adjudication by the Court.

4-19-23
Date Signed

Signature

Ray Bolin
Print Name

5310 Chatelaine Ct    Cin    Ohio    45247
Address                          City    State    Zip

513-283-2337            REBolin1590@gmail.com
Telephone Number        E-Mail Address

To join the collective actions for FLSA claims, you must complete this consent form, sign your name where indicated, and either file it directly with the Court or send it to Plaintiff's counsel at the following address:

FINNEY LAW FIRM
c/o Matthew S. Okiishi, Esq.
4270 Ivy Pointe Blvd., Suite 225
Cincinnati, OH 45245