**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**MARIE MCGONEGLE,**

    **Plaintiff,**

                                        **Case No. 1:23-cv-199**
    v.                                    **JUDGE DOUGLAS R. COLE**

**UNION INSTITUTE AND**
**UNIVERSITY, et al.,**

    **Defendants.**

## ORDER OF REFERRAL

This civil action is hereby referred to Magistrate Judge Karen L. Litkovitz for the limited purpose of conducting a settlement conference, or, in the Magistrate Judge's discretion, to be referred to a Court-appointed volunteer mediator under the Court's Attorney-Based Mediation program. *See* https://www.ohsd.uscourts.gov/adr-district-court-mediation. Counsel shall jointly contact Magistrate Judge Litkovitz's Chambers (513-564-7690) to schedule the proceedings.

    **SO ORDERED.**

July 26, 2023
**DATE**                                    **DOUGLAS R. COLE**
                                            **UNITED STATES DISTRICT JUDGE**