

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **MARIE MCGONEGLE, individually and on behalf of those similarly situated,** | **:** | **Case No. 1:23-cv-00199** |
| | **:** | |
| | **:** | **Judge Cole** |
| **Plaintiff,** | **:** | |
| | **:** | **[Proposed] Order Approving FLSA** |
| **v.** | **:** | **Settlement** |
| | **:** | |
| **UNION INSTITUTE AND UNIVERSITY,** | **:** | |
| ***et al.,*** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

This matter comes before the Court on Plaintiff's Motion to Approve Settlement Agreement and Release of All Claims and Approving Payment of Attorneys' Fees and Costs. For good cause shown, the Court finds the Settlement of this action, including its distribution of all settlement monies and attorneys' fees and costs, to be fair and reasonable and approves the same. The Court hereby conditionally dismisses the action, and shall retain jurisdiction to enforce the terms of the settlement.

**IT IS SO ORDERED.**

_____
Date

_____
Judge Douglas R. Cole