# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| MARIE MCGONEGLE, individually and on behalf of those similarly situated, | : : : | Case No. 1:23-cv-00199 |
| Plaintiff, | : : : | Judge Cole |
| v. | : : | |
| UNION INSTITUTE AND UNIVERSITY, *et al.*, | : : : : | JOINT STIPULATION OF DISMISSAL OF THE COMPLAINT WITH PREJUDICE |
| Defendants. | : : | |

Now come the parties, by and through undersigned counsel, and pursuant to Rule 41(a), Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the complaint with prejudice.

| | |
|---|---|
| */s/ Matthew S. Okiishi* | */s/ Sean T. Needham*Signed by Authority* |
| Matthew S. Okiishi (0096706) | Sean T. Needham (0081382) |
| FINNEY LAW FIRM, LLC | Reminger Co. L.P.A |
| 4270 Ivy Pointe Blvd., Ste. 225 | 101 West Prospect Ave. Ste. 1400 |
| Cincinnati, Ohio 45245 | Cleveland, OH 44115 |
| (513) 943-6659 | (216) 687-1311 |
| Fax: (513) 943-6669 | Fax: (216) 687-1841 |
| Matt@finneylawfirm.com | sneedham@reminger.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I certify that on September 6th, 2024 I caused the forgoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Matthew S. Okiishi*
_____
Matthew S. Okiishi (0096706)